IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HAWKINS,

      Plaintiff,                    No. CIV S-08-2791 CKD P

   vs.

SCOTT RUSSELL, et al.,

      Defendants.           ORDER

_____/

        Plaintiff has requested two extensions of time to file a response to defendants' renewed motion for summary judgment pursuant to the court's order of March 31, 2011.  On July 11, 2011, he requested a thirty-day extension to file his response. On August 15, 2011, he requested a second thirty-day extension to file his response, for a total of sixty days' extension past the scheduled deadline.   Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 11, 2011 motion for an extension of time is granted;

        2. Plaintiff's August 15, 2011 motion for an extension of time is granted;

        3. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition to defendants' motion for summary judgment.  Defendants' reply, if any,

////

////

1

1 shall be filed seven days thereafter. No further extensions of time shall be granted to either party.

2 Dated: August 18, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
hawk2791.36