IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL HAWKINS,** | Case No. 2:08-CV-02791 CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **S. D. RUSSELL, et al.,** | |
| Defendants. | |

Good cause having been found, Defendants' request for an extension of time is granted. Defendants shall have, to and including, October 11, 2011 to file their Reply to Plaintiff's Opposition to the Motion for Summary Judgment.

Dated: September 28, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1

Order (2:08-CV-02791 CKD)